**Order entered February 5, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-00765-CV**

**IN RE PLAINS CAPITAL BANK, Relator**

**Original Proceeding from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-07601**

**ORDER**
Before Justices Pedersen, III, Carlyle, and Garcia

Before the Court is real parties in interest's February 3, 2021 unopposed motion to seal their response to the petition for writ of mandamus. We **DENY** the motion. Real parties may review their response and modify it to protect sensitive data pursuant to Texas Rule of Appellate Procedure 9.9, and refile their response in paper form by **February 10, 2021**.  We **DIRECT** the Clerk of the Court not to upload the filing onto the Court's website.

/s/     BILL PEDERSEN, III
JUSTICE